# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>**TERI G. GALARDI**,<br><br>    Debtor. | **CHAPTER 11**<br><br>**CASE NO. 22-50035-JPS** |
| **THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE FOR THE GALARDI CREDITOR TRUST,**<br><br>    **Plaintiff,**<br>v.<br><br>**JENISEE LONG, DUDLEY LAW, LLC, THE LAW OFFICE OF ASTRID E. GABBE, P.C.**<br><br>    **Defendants.** | **ADV. PROC. NO. 23-05017-JPS** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, I caused a true and correct copy of the *Complaint for Interpleader and to Determine Interest in Property* (Doc. No. 1) (the "Complaint") and *Summons* (Doc. No. 5) to be served on the following parties via U.S. First Class Mail by placing a copy of same in a properly addressed envelope with adequate postage affixed thereon:

Jenisee Long
2107 Center Street
Covington, KY 41014

I further certify that on August 7, 2023, I caused a true and correct copy of the Complaint and *Summons* (Doc. No. 6) to be served on the following parties via U.S. First Class Mail by placing a copy of same in a properly addressed envelope with adequate postage affixed thereon:

Dudley Law, LLC
4200 Northside Parkway
Building One, Suite 200
Atlanta, GA 30327

      I further certify that on August 7, 2023, I caused a true and correct copy of the Complaint and *Summons* (Doc. No. 7) to be served on the following parties via U.S. First Class Mail by placing a copy of same in a properly addressed envelope with adequate postage affixed thereon:

| | |
|---|---|
| The Law Office of Astrid E. Gabbe, P.C.<br>P.O. Box 4216<br>Hollywood, FL 33083 | The Law Office of Astrid E. Gabbe, P.C.<br>6531 Grant Court<br>Hollywood, FL 33024 |

      This 7th day of August, 2023.

**JONES & WALDEN LLC**

*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
Liquidating Trustee
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
tmcclendon@joneswalden.com
(404) 564-9300