## UNITED STATES BANKRUPTCY COURT

Middle District of Georgia
433 Cherry Street
P.O. Box 1957
Macon, GA 31202

---

In Re: Teri G. Galardi
Debtor

Case No.: 22−50035−JPS
Chapter 11

Thomas T. McClendon, as Liquidating Trustee for the
Galardi Creditor Trust
Plaintiff

v.

Jenisee Long
Defendant

Adv. Proc. No. 23−05017−JPS

Judge: James P. Smith

---

PLEASE TAKE NOTICE that a hearing will be held on 9/25/2023 at 2:30 p.m. at the U.S. Bankruptcy Court, 433 Cherry Street, Macon, GA 31202. The hearing will be telephonic. The telephone number is 1-877-336-1839, Access Code 7930011.

to consider and act upon the following: Jenisee Long's Motion to Dismiss

By the Court

Kyle George
Clerk, U.S. Bankruptcy Court

Dated: 8/30/23