**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| In re: | |
| **TERI G. GALARDI,** | **Case No. 22-50035-JPS** |
| **Debtor** | **Chapter 11** |
| **THOMAS T. MCCLENDON, as Liquidating Trustee for the Galardi Creditor Trust** | |
| **Plaintiff,** | **Adv. No. 23-05017** |
| **v.** | |
| **JENISEE LONG; DUDLEY LAW, LLC; and THE LAW OFFICE OF ASTRID E. GABBE, P.C.** | |
| **Defendants.** | |

## ANSWER TO COMPLAINT FOR INTERPLEADER AND TO DETERMINE INTEREST IN PROPERTY

Comes now, Defendant THE LAW OFFICE OF ASTRID E. GABBE, P.C., Defendant herein, through its undersigned counsel, files this Answer as follows:

## FIRST DEFENSE

Defendant admits that there exists a factual basis for Plaintiff to obtain an Order allowing for the funds to be interpled, and that is it appropriate for the Court to determine to whom the funds should be paid.

## SECOND DEFENSE

Defendant responds to the factual allegations contained within enumerated paragraphs of Plaintiff's Complaint as follows:

## I.    <u>Jurisdiction and Venue</u>

1.    Admitted.

2.    Admitted.

3.    Admitted.

4.    Admitted.

5.    Defendant is without sufficient information or knowledge to respond to Paragraph 5.

6.    Defendant is without sufficient information or knowledge to respond to Paragraph 6.

7.    Admitted.

8.    Admitted.  By way of further response, Defendant consents to the entry of final orders and judgment by this Court.  Pursuant FRBP 7007.1, Defendant hereby states that it is a professional corporation duly organized under Florida law and 100% owned by Astrid E. Gabbe, attorney at law.

## II.    <u>FACTUAL BACKGROUND</u>

9-24    Defendant admits to the factual allegations contained within Paragraphs 9-24.


### COUNT 1
### INTERPLEADER

25.    Not applicable.

26.    Admitted.

27.    Defendant is without sufficient information or knowledge to respond to Paragraph 27.

28.    Admitted.

29.    Admitted.

30.    Defendant is without sufficient information or knowledge to respond to Paragraph 30.

31.    Defendant is without sufficient information or knowledge to respond to Paragraph 31.

32.    Defendant is without sufficient information or knowledge to respond to Paragraph 32.

## COUNT II
## DETERMINE INTEREST IN PROPERTY

33.     Not applicable.

34-36   Defendant admits to the factual allegations contained within Paragraphs 34-36.

This 4th day of September, 2023.

/s/ Jason M. Orenstein
JASON M. ORENSTEIN
State Bar # 554302
Attorney for Defendant

1922 Forsyth Street
Macon, GA 31201
(478) 743-6300
jason@jmolaw.com


## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Answer using the

ECF program which serves the same upon all participants therein who have appeared in the case.  In

addition, the counsel for Plaintiff has emailed and first class mailed a copy of the foregoing Answer

upon Defendant Jenisee Long 2107 Center St. Covington, KY 41014, and via email to

longjenisee@gmail.com.

This 4th day of September, 2023.

/s/ Jason M. Orenstein
JASON M. ORENSTEIN
State Bar # 554302
Attorney for Defendant

1922 Forsyth Street
Macon, GA 31201
(478) 743-6300
jason@jmolaw.com