**SO ORDERED.**

**SIGNED this 25 day of September, 2023.**



_____
**James P. Smith**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 11 |
| | : | |
| TERI G. GALARDI, | : | Case No. 22-50035-JPS |
| Debtor | : | |
| | : | |
| THOMAS T. MCCLENDON, AS | : | |
| LIQUIDATING TRUSTEE FOR THE | : | |
| GALARDI CREDITOR TRUST, | : | |
| Plaintiff | : | |
| vs. | : | Adversary Proceeding |
| | : | No. 23-5017-JPS |
| JENISEE LONG, DUDLEY LAW, LLC, | : | |
| AND THE LAW OFFICE OF ASTRID E. | : | |
| GABBE, P.C. | : | |
| Defendants | : | |

ORDER

Thomas T. McClendon, as Liquidating Trustee ("trustee") for Galardi Creditor Trust, filed his complaint for interpleader (Doc No. 1). Defendant Jenisee Long filed a motion to dismiss (Doc No. 10). Trustee also filed a motion to deposit funds into the registry of the court (Doc No. 9). Ms. Long filed an objection thereto (Doc No. 16).

A telephonic hearing on these motions occurred on September 25, 2023. Pursuant to the Court's instructions given at the conclusion of that hearing, it is

ORDERED as follows:

1.  Defendants Dudley Law, LLC and the Law Office of Astrid E. Gabbe, P.C. shall file briefs within 30 days explaining why they have viable claims against the Galardi Creditor Trust.

2. 30 days thereafter, Trustee and Ms. Long may file their responsive briefs.

*END OF DOCUMENT*