# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>**TERI G. GALARDI**,<br><br>    Debtor.<br><br>――――――――――――<br><br>**THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE FOR THE GALARDI CREDITOR TRUST,**<br><br>    Plaintiff,<br>v.<br><br>**JENISEE LONG, DUDLEY LAW, LLC, THE LAW OFFICE OF ASTRID E. GABBE, P.C.**<br><br>    Defendants. | **CHAPTER 11**<br><br>**CASE NO. 22-50035-JPS**<br><br><br><br>**ADV. PROC. NO. 23-05017-JPS** |

## LIQUIDATING TRUSTEE'S RESPONSE BRIEF PURSUANT TO COURT ORDER (DOC. NO. 19)

Interpleader Plaintiff Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditor Trust ("Liquidating Trustee"), files this responsive brief pursuant to the Court's Order dated September 25, 2023 (Doc. No. 19) (the "Order"). In support thereof, Liquidating Trustee states as follows:

1.　On July 28, 2023, the Liquidating Trustee filed a *Complaint for Interpleader and to Determine Interest in Property* (Doc. No. 1) (the "Complaint"), thereby initiating this adversary proceeding.

2.　On August 24, 2023, the Liquidating Trustee filed a *Motion to (A) Deposit Funds into Registry of Court; (B) Dismiss Plaintiff; and (C) Award Attorneys' Fees and Costs* (Doc. No. 9) (the "Deposit Motion") requesting to deposit certain funds in the amount of $79,722.00 (the

1

"Funds") into the registry of the Court so that the Court may determine the proper owner(s) and distribution(s).

3.  Following a hearing held on September 25, 2023, the Court entered the Order, requiring defendants Dudley Law, LLC and the Law Office of Astrid E. Gabbe, P.C. to file briefs within 30 days.

4.  On October 23, 2023, the Law Office of Astrid E. Gabbe, P.C. filed its *Brief Pursuant to Court Order (Doc. 19)* (Doc. No. 21) (the "Gabbe Brief").

5.  The Liquidating Trustee takes no position with respect to the Gabbe Brief or the entitlement of any parties to the funds.

6.  The Liquidating Trustee requests that any order entered by the Court with respect to any pending motion in this action provide the Liquidating Trustee with direction on how to disburse the Funds and any further disbursements on this claim.

Respectfully submitted this 22nd day of November, 2023.

**JONES & WALDEN LLC**

*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Ave. NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
Liquidating Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE:<br><br>**TERI G. GALARDI**,<br><br>    Debtor.<br><br>**THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE FOR THE GALARDI CREDITOR TRUST,**<br><br>    Plaintiff,<br>v.<br><br>**JENISEE LONG, DUDLEY LAW, LLC, THE LAW OFFICE OF ASTRID E. GABBE, P.C.**<br><br>    Defendants. | CHAPTER 11<br><br>CASE NO.  22-50035-JPS<br><br><br><br>ADV. PROC. NO. 23-05017-JPS |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Liquiating Trustee's Response Brief Pursuant to Court Order (Doc. No. 19)* (the "Brief") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Brief to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Ainsworth G Dudley**    adudleylaw@gmail.com
- **Jason M. Orenstein**    jmopclaw@yahoo.com

I further certify that on the date indicated below, I caused a copy of the Brief to be served upon the following parties listed below via U.S. First Class Mail, postage prepaid:

Jenisee Long
2107 Center Street
Covington, KY 41014

This 22nd day of November, 2023.

**JONES & WALDEN LLC**
*/s/ Thomas T. McClendon*
Thomas T. McClendon, Georgia Bar No. 431452
699 Piedmont Ave. NE, Atlanta, Georgia 30308
(404) 564-9300 | tmcclendon@joneswalden.com
Liquidating Trustee

3