**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **In re:** | |
| **TERI G. GALARDI,** | Case No. 22-50035-JPS |
| Debtor | Chapter 11 |
| | |
| **THOMAS T. MCCLENDON, as Liquidating Trustee for the Galardi Creditor Trust** | |
| Plaintiff, | Adv. No. 23-05017 |
| v. | |
| **JENISEE LONG; DUDLEY LAW, LLC; and THE LAW OFFICE OF ASTRID E. GABBE, P.C.** | |
| Defendants. | |

**RESPONSE IN OPPOSITION TO JENISEE LONG'S MOTION**
**TO ORDER TRUSTEE TO RELEASE FUNDS**

Comes now, Defendant THE LAW OFFICE OF ASTRID E. GABBE, P.C., ("Gabbe") Defendant herein, through its undersigned counsel, files its Response in Opposition to Jenisee Long's Motion to Order Trustee to Release Funds Not in Dispute (Doc. 22 and 23) as follows:

**PRELIMINARY STATEMENT**

Gabbe is not claiming any interest in Ms. Long's 65% portion of Claim No. 115, or in 65% of the funds sought to be interpled in this adversary proceeding. Gabbe simply wants to ensure that Ms. Long's 65% actually is received by her without Mr. Guernsey and/or Red Shield Funding intercepting any of the funds. Ms. Gabbe asserts that the remaining 35% are fully encumbered by her pre-petition attorney charging lien filed in the Southern District of Florida,

which lien travelled with Ms. Long's Florida Minimum Wage Act Claims to this bankruptcy court. *Weed v. Washington,* 242 F.3d 1320 (11th Cir. 2001).

## OPPOSITION TO THE MOTION TO RELEASE FUNDS

1. Ms. Long allegedly filed the first motion to release funds [Doc. 22] by mailing it regular mail on October 19, 2023 according to the postal stamp. [*See* Doc. 22 p. 12].

2. Thereafter, Ms. Long allegedly filed the second motion to release funds [Doc. 23] by overnight mail on November 1, 2023 and the Clerk received it on November 2, 2023. [Doc. 23 p. 19].

3. In her one-page motion, Ms. Long "requests the Court ORDER the TRUSTEE to immediately release all funds available for disbursement that are not in dispute." [*See* Doc. 22 p. 1].

4. Ms. Long then alleges that "Ms. Gabbe filed a fraudulent consent motion and proposed order in the Darden case without Long's knowledge or consent. See Declaration [*sic*] attached." [*See* Doc. 22 p. 2].

5. Ms. Long has made this fraud allegation to this Court based upon her "Unsworn Declaration" [*See* Doc. 22 p. 2].

6. In her unsworn declaration Ms. Long embarks on ad hominem attack on Gabbe, Mr. Kosachuk and undersigned counsel accusing them of "rank fraud to steal my bankruptcy claim!".

7. Gabbe has reason to believe Joseph Robert Guernsey and/or Michael Bourff de Campo are in the process of intercepting funds belonging to Ms. Long.

8. Mr. Guernsey attempted to have Ms. Long assign her proof of claim by filing an altered transfer of claim form. [*See* Doc. 453].

9. The Liquidating Trustee objected to the transfer [Doc. 486] and the Court sustained the objection on July 13, 2023. [Doc. 495]. In this same order, the Court struck a similar sham transfer of Ms. Mays' Claim 106 to Red Shield Funding[1].

10. However, notwithstanding the Court's Order striking the transfer, Mr. Guernsey switched the creditor address of Claim 115 from Mr. Long's address in Covington, KY to his own address in Vero Beach.

11. Thereafter, on November 28, 2023, Mr. Guernsey switched Ms. Long's address from the Vero Beach address to his own address of 4681 Carvel Court, Myrtle Beach, SC 29588. Attached hereto as Exhibit 2 are the address histories for proof of claim 115.

12. It appears Mr. Guernsey is attempting to intercept funds he expects to be paid by the Liquidating Trustee to his own address in Myrtle Beach. These efforts represent an "end run" around this Court's Order striking the transfer.

13. Based on the foregoing, Gabbe opposes any distribution until Ms. Long appears in person before this Court, or a licensed local attorney appears on her behalf, to establish that the rightful recipient of the funds actually receives the funds.

This 1st day of December, 2023.

/s/ Jason M. Orenstein
JASON M. ORENSTEIN
State Bar # 554302
Attorney for Gabbe

1922 Forsyth Street
Macon, GA 31201
(478) 743-6300
jason@jmolaw.com

---

[1] Ms. Mays filed an affidavit [Doc. 484] in which she claimed that she had "not sold nor transferred any claim to Red Shield Funding. I do not know J. Guernsey nor Joseph Guernsey and I did not authorize J. Guernsey of Red Shield Funding to transfer my claim." Thankfully, none of Ms. Mays' disbursements have been stolen by Mr. Guernsey because the Liquidating Trustee properly interpleaded Ms. Mays funds in the Southern District of Florida where they remain safely held by the Clerk.

## Claimant History for Claim 115

|  |  |
|---|---|
| | Jenisee Long  (12351843) (cr)<br>2107 Center Street<br>Covington, KY 41014 |
| | Jenisee Long  (12351843) (cr)<br>2107 Center Street<br>Covington, KY 41014 |
| History | Joseph R. Guernsey d/b/a  (12504718) (cr)<br>Red Shield Funding<br>4681 Carvel Court<br>Myrtle Beach, SC 29588 |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 12/01/2023 07:45:16 | | |
| **PACER Login:** ag635383 | **Client Code:** | |
| **Description:** Claimant History | **Search Criteria:** | 22-50035-JPS |
| **Billable Pages:** 1 | **Cost:** | 0.10 |

| | |
|---|---|
| *Creditor #* 12504718 | |
| *Current Name/address:* | Joseph R. Guernsey d/b/a Red Shield Funding<br>4681 Carvel Court<br>Myrtle Beach, SC 29588 |
| *Creditor type:* | cr |
| *Creditor committee:* | n |
| *Who entered:* | Irby, T. |
| *Date start:* | 11/28/2023 |
| | |
| *Previous Name/address:* | Mr. Guernsey dba Red Shield Funding<br>1616 Ocean Drive<br>#101<br>Vero Beach, FL 32963 |
| *Creditor type:* | cr |
| *Creditor committee:* | n |
| *Who entered:* | Guernsey, Joseph |
| *Date start:* | 04/03/2023 |
| *Date terminated:* | 11/28/2023 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/01/2023 07:46:34 | | | |
| **PACER Login:** | ag635383 | **Client Code:** | |
| **Description:** | Creditor History | **Search Criteria:** | 22-50035-JPS Creditor #: 12504718 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Response to Jenisee Long's Motion to Order Trustee to Release Funds* using the ECF program which serves the same upon all participants therein who have appeared in the case. In addition, the counsel for Ms. Gabbe has emailed and first class mailed a copy of the foregoing upon Defendant Jenisee Long 2107 Center St. Covington, KY 41014, and via email to longjenisee@gmail.com.

This 1st day of December, 2023.

/s/ Jason M. Orenstein
JASON M. ORENSTEIN
State Bar # 554302
Attorney for Gabbe

1922 Forsyth Street
Macon, GA 31201
(478) 743-6300
jason@jmolaw.com