**SO ORDERED.**

**SIGNED this 31 day of January, 2024.**




**James P. Smith**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Teri G. Galardi, | ) | Case No. 22-50035-JPS |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| Thomas T. McClendon as liquidating Trustee for the Galardi Creditor Trust, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 23-5017-JPS |
| | ) | |
| Jenisee Long, The Law Office of Astrid E. Gabbe, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SCHEDULING IN-PERSON EVIDENTIARY HEARING**

Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditor Trust, filed his Complaint for Interpleader and to Determine Interest in Property (Doc. No. 1). The Liquidating Trustee sought to interplead into this Court the first distribution on Claim No. 115 of $79,722 so that the Court could determine the

Defendants' rights therein. Defendant Law Office of Astrid E. Gabbe asserts an attorney's charging lien of 35% against Claim No.115. Defendant Jenisee Long disputes this lien. Defendant Dudley Law, LLC was previously dismissed from the case (Doc. No. 27).

Accordingly it is ORDERED:

1. An in-person hearing shall be held in this Court on March 18, 2024, at 10:00 a.m., at which time Astrid E. Gabbe and Jenisee Long shall appear in person to present evidence and legal arguments as to their respective rights.
2. Defendants Gabbe and Long shall provide each other with copies of any documents to be offered as evidence as such hearing and a list of witnesses to be called, with copies thereof filed with this Court, no later than March 1, 2024.
3. The Clerk of Court is directed to serve a copy of this order on Ms. Long by mail at 2107 Center Street, Covington, Ky. 41014 and by email at longjenisee@gmail.com.

[END OF DOCUMENT]