## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>**TERI G. GALARDI,**<br><br>     **Debtor.** | **CASE NO. 22-50035-JPS**<br><br>**Chapter 11** |
| **THOMAS T. MCCLENDON,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**JENISEE LONG, DUDLEY LAW, LLC**<br>**and THE LAW OFFICE OF ASTRID E.**<br>**GABBE, P.C.**<br><br>     **Defendants.** | **ADV. PROC. 23-05017** |

### MOTION TO DISMISS INTERPLEADER

COME NOW Thomas T. McClendon, as Trustee of the Galardi Creditor Trust (referred as "**Trustee**") and pursuant to Federal Rule of Bankruptcy Procedure 7041(a)(2) hereby move this Court to dismiss this adversary proceeding and show:

1.     On July 28, 2023, the Trustee filed the complaint initiating this adversary proceeding and named Jenisee Long, Dudley Law, LLC ("**Dudley Law**"), and The Law Office of Astrid E. Gabbe, P.C. ("**Gabbe**") as defendants and potential claims of the distributions from the Galardi Creditor Trust at issue. Dkt. 1.

2.     On January 5, 2024, the Trustee, Dudley Law, and Gabbe filed a joint motion to dismiss Dudley Law with prejudice and dismiss Dudley Law's cross-claim against Jenisee Long with prejudice. Dkt. 26.

3.     The Court granted the motion on January 12, 2024. Dkt. 27.

4.      On March 5, 2024, The Law Office of Astrid E. Gabbe, P.A., Astrid E. Gabbe, individually, and the Trustee executed the Settlement Agreement.

5.      The Settlement Agreement provides Gabbe disclaims and waives any interest in McClendon v. Jenisee Long, Adv. Proc. 23-05017-jps. Settlement Agreement at ¶ 5.

6.      The Trustee, as permitted by the Settlement Agreement, filed notice of the Settlement Agreement in this Adversary Proceeding. Dkt. 33.

7.      Accordingly, Dudley Law and Gabbe have waived any claims to the funds at issue in this adversary proceeding and Jenisee Long is the only remaining party claiming a right to these funds.

8.      The Trustee, in the main case, *In re Teri G. Galardi*, 22-50035, Dkt. 790, requested authorization from the Court to make a distribution to Jenisee Long of the amount sought to be interplead in this case.

9.      The Court, by order dated March 13, 2024, Case No. 22-50035, Dkt. 811, authorized such distribution.

10.     Thus, no further purpose will be served by this case.

11.     This Court may dismiss this case "at the plaintiff's request only by court order, on terms that the court considers proper." F.R.B.P. 7041(a)(2). There are no remaining counterclaims.

12.     The dismissal of this case is just and proper as only one claimant, Jenisse Long, continues to assert claims to these funds and the Court has authorized payment by the Trustee to Ms. Long.

WHEREFORE, the Trustee respectfully request that this Court:

(a) dismiss Trustee's claims for interpleader with the parties to bear their own costs; and

(b) direct the clerk to close this adversary proceeding, and

(c)  grant any other relief this Court deems just and equitable.

Respectfully submitted this 14th day of March, 2024.

/s/ Thomas T. McClendon
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Avenue, N.E.
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
*Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO. 22-50035-JPS** |
| **TERI G. GALARDI,** | **Chapter 11** |
| Debtor. | |
| **THOMAS T. MCCLENDON,** | |
| Plaintiff, | **ADV. PROC. 23-05017** |
| v. | |
| **JENISEE LONG, DUDLEY LAW, LLC and THE LAW OFFICE OF ASTRID E. GABBE, P.C.** | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this day the foregoing **MOTION TO DISMISS INTERPLEADER** was electronically filed using the Bankruptcy Court's ECF program which sends a notice of and an accompanying link to the Motion to all parties who have appeared in this case under the Bankruptcy Court's ECF program.

- **Jason M. Orenstein**    jmopclaw@yahoo.com

This 14th day of March, 2024.

        **JONES & WALDEN, LLC**

        */s/ Thomas T. McClendon*
        Thomas T. McClendon
        Georgia Bar No. 431452
        699 Piedmont Avenue, N.E.
        Atlanta, Georgia 30308
        (404) 564-9300
        tmcclendon@joneswalden.com
        *Liquidating Trustee*